# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 15-14038-ELF

VUE HILL-MELEMENT

636 UPLAND STREET

POTTSTOWN, PA 19464

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    VUE HILL-MELEMENT

    636 UPLAND STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

Date: 12/28/2017

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee