United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14038-elf
Vue Hill-Melement                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Sep 18, 2018
                               Form ID: 138NEW           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db              +Vue Hill-Melement,    636 Upland Street,    Pottstown, PA 19464-5183
13541776        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                  Saint Louis, MO 63179-0040
13541777        +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13564519        +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                  Mason, OH 45040-8053
13541779        +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13541780        +Firstrust Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13579865        +Firstrust Bank,    Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13560406        +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13613910        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
13541782        +Matthew James Hill,    636 Upland Street,    Pottstown, PA 19464-5183
13576418        +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
13541783        +PayPal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:54     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:07
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:59     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13541773        +E-mail/Text: amscbankruptcy@adt.com Sep 19 2018 02:40:19     ADT,    PO Box 371490,
                  Pittsburgh, PA 15250-7490
13541774         E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 19 2018 02:39:30     American Honda Finance,
                  Po Box 168088,    Irving, TX 75016
13570354         E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 19 2018 02:39:30
                  American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088,
                  (866) 716-6441
13965012         E-mail/Text: bankruptcy@bbandt.com Sep 19 2018 02:38:41     BB&T Bankruptcy,    PO Box 1847,
                  Wilson NC 27894
13541775        +E-mail/Text: bankruptcy@bbandt.com Sep 19 2018 02:40:15     Bb&t Home Improvement,
                  8007 Corporate Dr Ste D,    Baltimore, MD 21236-4905
13620111        +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:30     COMENITY CAPITAL BANK,
                  C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13541781        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:29     GECRB/JC Penny,
                  Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13614973         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:33
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13548127         E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:52:37
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13541784        +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:29     Syncb/tjx Cos,    Po Box 965015,
                  Orlando, FL 32896-5015
13541785         E-mail/Text: bankruptcy@td.com Sep 19 2018 02:39:24     Td Banknorth,    Po Box 1190,
                  Lewiston, ME 04243
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13541778*       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Vue  Hill-Melement CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Firstrust Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Vue Hill–Melement
    Debtor(s)

Bankruptcy No: 15–14038–elf
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/18/18

48 – 47
Form 138_new