United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-14038-elf
Vue Hill-Melement                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia         Page 1 of 1         Date Rcvd: Oct 26, 2018
                       Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db          +Vue Hill-Melement,    636 Upland Street,    Pottstown, PA 19464-5183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com
      JOSEPH L QUINN    on behalf of Debtor Vue  Hill-Melement CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Firstrust Bank bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Firstrust Bank tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
 philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                   TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                            : Chapter 13

Vue Hill−Melement                                 : Case No. 15−14038−elf
      Debtor(s)

### ORDER
_____

    AND NOW, this day , October 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

52
Form 195